PROB 12C
(6/16)

Report Date: April 14, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas Jim Shippentower        Case Number: 0980 2:19CR00065-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 20, 2019

Original Offense:        Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:       Prison - 244 days             Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Patrick Cashman               Date Supervision Commenced: November 21, 2019

Defense Attorney:        Paul Shelton                  Date Supervision Expires: November 20, 2024

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Shippentower is considered to be in violation of his supervised release conditions by failing to report to his probation officer on April 9, 2021.<br><br>On November 21, 2019, the supervised release conditions were reviewed and signed with Mr. Shippentower acknowledging an understanding of his conditions, which included standard condition number 2.<br><br>On March 22, 2021, Mr. Shippentower was instructed to report to his probation officer weekly, on Fridays, as he was considered to be in violation of his supervised release conditions.<br><br>On April 9, 2021, Mr. Shippentower failed to report to his probation officer as instructed.<br><br>This officer attempted to contact Mr. Shippentower via telephone calls and text messages with no success. |

Prob12C
**Re: Shippentower, Thomas Jim**
**April 14, 2021**
**Page 2**

On April 9, 2021, at approximately 11 a.m., this officer received a text message from Mr. Shippentower's girlfriend stating Mr. Shippentower was home, but was passed out from consuming alcohol. This officer requested Mr. Shippentower contact this officer immediately.

As of the date of this report, Mr. Shippentower has not contacted this officer and his current whereabouts is unknown.

2     **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Shippentower is considered to be in violation of his supervised release conditions by failing to comply with his recommended treatment program since on or about March 26, 2021.

On November 21, 2019, the supervised release conditions were reviewed and signed with Mr. Shippentower acknowledging an understanding of his conditions, which included special condition number 3.

On March 19, 2021, this officer received an incident report from his substance abuse counselor at Merit Resource Services (Merit). The incident report stated Mr. Shippentower had an unsatisfactory response to treatment and that he has stopped communicating with her.

This officer spoke with the counselor at Merit who indicated Mr. Shippentower missed treatment groups on March 5 and 12, 2021.

On April 7, 2021, this officer spoke with the counselor at Merit who stated Mr. Shippentower had not re-engaged treatment services and his file in now closed.

3     **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Shippentower is considered to be in violation of his supervised release conditions by consuming alcohol on or about March 13 and 20, 2021.

On November 21, 2019, the supervised release conditions were reviewed and signed with Mr. Shippentower acknowledging an understanding of his conditions, which included special condition number 5.

On March 22, 2021, this officer spoke with Mr. Shippentower and asked him if he had been consuming alcohol or drugs. Mr. Shippentower stated he relapsed and consumed alcohol on March 13 and 20, 2021.

Prob12C
**Re: Shippentower, Thomas Jim**
**April 14, 2021**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 14, 2021

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Signature of Judicial Officer*

4/15/2021

Date