PROB 12C
(6/16)

Report Date: August 18, 2021

# United States District Court

**for the**

**Eastern District of Washington**

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2021

SEAN F. McAVOY, CLERK

Name of Offender: Thomas Jim Shippentower            Case Number: 0980 2:19CR00065-SAB-1

Address of Offender:                                  Granger, Washington 98932

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 20, 2019

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 244 days<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 26, 2021) | Prison - 50 days<br>TSR - 34 months | |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: August 4, 2021 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: June 3, 2024 |

**PETITIONING THE COURT**

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>**Supporting Evidence**: Mr. Shippentower is considered to be in violation of his supervised release conditions by failing to report a change of address to his probation officer as of August 18, 2021.<br><br>On August 4, 2021, the supervised release conditions were reviewed and signed with Mr. Shippentower acknowledging an understanding of his conditions, which included standard condition number 5. |

Prob12C
**Re: Shippentower, Thomas Jim**
**August 18, 2021**
**Page 2**

On August 4, 2021, Mr. Shippentower reported to the probation office in person after his release from custody and reported he would be residing at 240 Neimeyer Road, Granger, Washington, 98932, with his girlfriend, Danielle Padilla.

On August 18, 2021, Ms. Padilla reported to this officer that Mr. Shippentower was no longer living with her at the aforementioned address as of August 13, 2021.

This officer made attempts to contact Mr. Shippentower at his listed telephone numbers with no success. As of the writing of this report, Mr. Shippentower's whereabouts is unknown.

2  **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Shippentower is considered to be in violation of his supervised release conditions by failing to undergo a substance abuse evaluation at Merit Resource Services (Merit) by August 13, 2021.

On August 4, 2021, the supervised release conditions were reviewed and signed with Mr. Shippentower acknowledging an understanding of his conditions, which included special condition number 3.

On August 4, 2021, Mr. Shippentower was referred to Merit to undergo a substance abuse evaluation. Mr. Shippentower was given the dates he could complete the evaluation: August 10, 11, or 12, 2021.

On August 17, 2021, this officer contacted Merit and verified Mr. Shippentower had failed to participate in his substance abuse evaluation to reengage counseling services.

3  **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Shippentower is considered to be in violation of his supervised release conditions by failing to report to Merit for urinalysis (UA) on August 12, 2021.

On August 4, 2021, the supervised release conditions were reviewed and signed with Mr. Shippentower acknowledging an understanding of his conditions, which included special condition number 4.

On August 4, 2021, the substance abuse testing instructions were reviewed with Mr. Shippentower. He verbally acknowledged his understanding of the testing program. He was instructed to call the Merit color line system for the color brown. When his color brown was called, he was to report to Merit and submit to a drug screen.

Prob12C
**Re: Shippentower, Thomas Jim**
**August 18, 2021**
**Page 3**

On August 17, 2021, Merit reported Mr. Shippentower failed to submit to random UA testing on August 12, 2021.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 18, 2021

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

8/19/2021

Date